IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| LULA EVELYN CHUPP, | ) | |
| --- | --- | --- |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2018-1515 |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Respondent. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties hereby stipulate to the dismissal of this appeal, with each side to bear its own costs associated with this appeal.

Respectfully submitted, this 11th day of May, 2018.

| /s/Amelia Toy Rudolph | CHAD A. READLER |
| --- | --- |
| AMELIA TOY RUDOLPH | Acting Assistant Attorney General |
| Eversheds Sutherland (US) LLP | |
| 999 Peachtree Street, N.E. | ROBERT E. KIRSCHMAN, JR. |
| Suite 2300 | Director |
| Atlanta, Georgia 30309 | |
| Tel: (404) 853-8000 | /s/Tara K. Hogan |
| Fax: (404) 853-8806 | TARA K. HOGAN |
| amyrudolph@eversheds-sutherland.com | Assistant Director |

*Attorneys for Petitioner*

*(signatures continued on following page)*

/s/Amelia Lister-Sobotkin
AMELIA LISTER-SOBOTKIN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-5495
Fax: (202) 307-0972
Amelia.R.Lister-sobotkin@usdoj.gov

*Attorneys for Respondent*

Certificate of Service

I hereby certify that on this 11th day of May, 2018, a copy of the foregoing "JOINT STIPULATION OF VOLUNTARY DISMISSAL" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ Amelia Toy Rudolph